

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

United States Attorney's Office
50 Main Street, Suite 1100
White Plains, New York 10606

September 17, 2023

**BY EMAIL**

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
White Plains, New York 10601

Re:   *United States v. Christopher Smith*, 23 Mag. 7238

Dear Judge Krause:

    The Government respectfully requests that the Court unseal the Complaint filed in this case. The Complaint was initially filed under seal as the defendant was not yet in custody at that time. But as the defendant was arrested this morning, there is no longer any reason for the Complaint to remain under seal.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s/ David A. Markewitz
David A. Markewitz
Assistant United States Attorney
(914) 993-1920

**APPLICATION GRANTED.**

Dated: November 17, 2023

**SO ORDERED.**

ANDREW E. KRAUSE
United States Magistrate Judge